DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TIMOTHY JOHN ROGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TIMOTHY JOHN ROGERS, Defendant. | No. CR-06-0212 (WBS)<br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME<br>Judge: Hon. William B. Shubb |

This case is currently scheduled for a status hearing on November 29, 2006. The attorneys for both parties have conferred and agree that additional time is needed for defense counsel to investigate the defendant's prior record and to investigate and prepare a defense in the case.

The parties, through their respective counsel, hereby stipulate and agree that the status hearing scheduled for November 29, 2006, be continued and that a new status hearing be scheduled for December 13, 2006. In addition, the parties stipulate that the time period from November 1, 2006, until December 13, 2006 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare and conduct investigation.

A proposed order is attached and lodged separately for the court's convenience.

DATED: October 31, 2006

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/ Lexi Negin for William Wong<br>William Wong<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for TIMOTHY ROGERS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

TIMOTHY JOHN ROGERS, Defendant.

No. CR-06-0212 (WBS)

~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT

For the reasons set forth in the stipulation of the parties, filed on October 31, 2006, IT IS HEREBY ORDERED that the status hearing scheduled for November 29, 2006, be continued until December 13, 2006. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 31, 2006 stipulation, the time under the Speedy Trial Act is excluded from November 1, 2006, through December 13, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: October 30, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE