DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TIMOTHY JOHN ROGERS

**FILED**

JUL 1 1 2007

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-0212 (WBS) |
| ) | |
| Plaintiff, ) | WAIVER OF JURY TRIAL BY DEFENDANT |
| ) | AND CONSENT BY GOVERNMENT |
| v. ) | |
| ) | |
| TIMOTHY JOHN ROGERS, ) | Judge: Hon. William B. Shubb |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## WAIVER OF JURY TRIAL

Pursuant to Federal Rule of Criminal Procedure 23, I, Timothy John Rogers, do hereby waive and give up my right to be tried by a jury in the above-entitled action.

My attorney has explained to me and I fully understand that I have an absolute constitutional right to a jury trial on the criminal charges pending against me.

I understand that by waiving a trial by jury, I am giving up the following rights:

(1) the right to participate in jury selection;

(2) the right to have twelve members of the community render a verdict in my case;

(3) the right to a unanimous verdict by jury.

I further understand that by waiving trial by jury, I am consenting to a trial by the Judge alone. I understand that the Judge alone will decide my guilt or innocence.

My attorney has explained my right to a jury trial to me and has further explained the consequences of my waiver of jury trial. I now knowingly, freely and voluntarily waive and give up my right to a jury trial and agree to be tried by a Judge.

_____  7-10-07
TIMOTHY JOHN ROGERS         Date
Defendant

Approved by and consented to:

_____  7/11/07
LEXI NEGIN                  Date
Assistant Federal Defender for Timothy Rogers

_____  July 11, 2007
WILLIAM WONG                Date
Assistant United States Attorney

Approved after inquiry of the defendant by:

_____  7/11/200
WILLIAM B. SHUBB, UNITED STATES  Date
DISTRICT COURT JUDGE