UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

TIMOTHY JOHN ROGERS,

       Defendant.

NO. 2:06-CR-00212 WBS

NO. 2:15-CR-00223 JAM

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

TIMOTHY JOHN ROGERS,

       Defendant.

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) because

1

1   both cases involve the same claims, parties, and witnesses and

2   are based on the same underlying conduct.  Accordingly, the

3   assignment of the matters to the same judge is likely to effect a

4   substantial saving of judicial effort and is also likely to be

5   convenient for the parties.

6        The parties should be aware that relating the cases

7   under Local Rule 123 merely has the result that both actions are

8   assigned to the same judge; no consolidation of the actions is

9   effected.  Under the regular practice of this court, related

10  cases are generally assigned to the judge and magistrate judge to

11  whom the first filed action was assigned.

12       IT IS THEREFORE ORDERED that the actions denominated

13  United States v. Rogers, No. 2:06-CR-00212 WBS, and United States

14  v. Rogers, No. 2:15-CR-00223 JAM, be, and the same hereby are,

15  deemed related.  The case denominated United States v. Rogers,

16  No. 2:15-CR-00223 JAM, shall be reassigned to the Honorable

17  WILLIAM B. SHUBB.  Any dates currently set in the reassigned

18  cases only are hereby VACATED.  Henceforth, the captions on

19  documents filed in the reassigned case shall be shown as United

20  States v. Rogers, No. 2:15-CR-00223 WBS.

21       IT IS FURTHER ORDERED that the Clerk of the Court

22  make appropriated adjustment in the assignment of civil cases to

23  compensate for this reassignment.

24  Dated:  June 23, 2016

25

26  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

27

28

                                2