AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| | (For Offenses Committed On or After November 1, 1987) |
| **TIMOTHY JOHN ROGERS** | Criminal Number: **2:06CR00212-001** |
| AKA: William Edward Hunt, Robert Michael Hunt, Timothy Rhoads | Defendant's Attorney: Timothy Zindel, Assistant Federal Defender |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of charge(s)  _1, 2, 3, 4, 5 and 6_  as alleged in the violation petition filed on  _3/16/2016_ .

[ ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___ .

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | 9/14/2015 |
| 2 | FAILURE TO PARTICIPATE IN COUNSELING APPOINTMENT AS DIRECTED | 12/1/2015 |
| 3 | FAILURE TO PARTICIPATE IN DRUG TESTING AS DIRECTED | 9/23/2015 |
| 4 | FAILURE TO FOLLOW INSTRUCTIONS OF THE PROBATION OFFICER | 10/26/2015 |
| 5 | FAILURE TO NOTIFY OF CHANGE IN RESIDENCE | 11/4/2015 |
| 6 | FAILURE TO SUBMIT MONTHLY REPORT FORMS AS DIRECTED | 12/2015 |

The court:  [ ] revokes:  [ ] modifies:  [✓] continues under same conditions of supervision (with one additional condition) heretofore ordered on  _12/3/2007_ .

    The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) ___ is/are dismissed.

   **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

7/18/2016
Date of Imposition of Sentence

/s/ William B. Shubb
Signature of Judicial Officer

**William B. Shubb**, United States District Judge
Name & Title of Judicial Officer

7/18/2016
Date

AO 245B-CAED(Rev. 09/2011) Sheet 3 - Supervised Release

DEFENDANT: **TIMOTHY JOHN ROGERS**  
CASE NUMBER: **2:06CR00212-001**

Page 2 of 2

## SPECIAL CONDITIONS OF SUPERVISION

1. *ADDITIONAL CONDITION: The defendant shall complete an inpatient drug program for up to six months in the drug treatment program located at 1550 Juliesse Avenue, Sacramento (Del Paso Heights), California. Defendant shall report to said program no later than 7/19/2016 by 12:00 PM (Noon). Should the offender fail to complete the inpatient drug program, he shall serve six months in the custody of BOP (less the time he already served).