UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED

JUL 18 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-06-212-01 WBS; |
| ) | CR S-15-223-01 WBS |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE |
| TIMOTHY JOHN ROGERS; aka William ) | OF PERSON IN CUSTODY |
| Edward Hunt; aka Robert Michael Hunt; aka ) | |
| Timothy Rhoads, ) | |
| ) | |
| Defendant. | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release **Timothy John Rogers aka aka William Edward Hunt; aka Robert Michael Hunt; aka Timothy Rhoads** Cases  2:06CR-00212-01 WBS and 2:15CR00223-01 WBS  WBS  from custody for the following reasons:

    ___  Release on Personal Recognizance

    ___  Bail Posted in the Sum of _____

    ___  Unsecured bond

    ___  Appearance Bond with 10% Deposit

    ___  Appearance Bond secured by Real Property

    ___  Corporate Surety Bail Bond

    _X_  (Other)  **Defendant reinstated on supervised release.**

Issued at  Sacramento, CA  on  July 18, 2016  at  **11**  a.m.  .

By _____
William B. Shubb,
United States District Judge

~~Orig & Copy: USM~~
Copy to Docketing